

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2023

No. 04-23-00510-CR

Michael Adam **KOZITZKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-12258
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with our memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 24, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2023.

_____
Michael A. Cruz, Clerk of Court